**COZEN O'CONNOR**
Valerie Rojas (SBN 180041)
vrojas@cozen.com
601 South Figueroa Street, Suite 3700
Los Angeles, California 90017
Telephone: (213) 892-7965
Facsimile: (213) 784-9076

Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN HAMERSLAG, an individual, and PERSPECTIUM CORP.,<br><br>　　　　Defendants. | Case No.: 23-cv-0780-JLS-AHG<br><br>**PLAINTIFF SCOTTSDALE INSURANCE COMPANY'S NOTICE OF MOTION FOR DEFAULT JUDGMENT**<br><br>[Filed Concurrently with Memorandum of Points and Authorities in Support of Motion for Default Judgment; Declaration of Valerie D. Rojas; Request for Judicial Notice; [Proposed] Order; and [Proposed] Judgment]<br><br>DATE: March 7, 2024<br>TIME: 1:30 p.m.<br>DEPT: 4D |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that on March 7, 2024, at    p.m., or as soon thereafter as the matter may be heard in Courtroom 4D of the above-entitled court, located at 221 West Broadway, San Diego, CA 92101, Plaintiff Scottsdale Insurance Company ("Scottsdale") will, and hereby does, move this Court for an Order Granting Default Judgment against Defendant to Federal Rules of Civil Procedure Rule 55.

The Motion for Default Judgment is based upon Defendant's failure to respond to

1

LEGAL\67909610\1

1  Scottsdale's Complaint ("Complaint") in this action despite being served with the
2  Complaint. Defendant is not a minor or members of the military, and are not
3  incompetent. Default was entered on August 9, 2023 (ECF 14) against Defendant
4  Steven Harmerslag on Scottsdale's Complaint (ECF 1).

5      This Motion for Default Judgment is based on this Notice, the Memorandum of
6  Points and Authorities, the Request for Judicial Notice, and the Declaration of Valerie
7  D. Rojas as well as the record on file or any other matter the Court considers.

9  Dated: January 16, 2024        COZEN O'CONNOR

11         By: */s/ Valerie D. Rojas*
12            Valerie D. Rojas
           Attorney for Plaintiff SCOTTSDALE
13            INSURANCE COMPANY

LEGAL\67909610\1